# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

JULIUS TYRONE WELLS                                      PLAINTIFF

v.                     No. 2:14-cv-75-DPM-JTK

BRENDA HOY, HSA, FCI - Forrest City Low;
KAREN COOK, RN, FCI - Forrest City Low;
MICHELLE WINGO, PA, FCI - Forrest City
Low; and WILLIAM RESTO, Doctor,
FCI - Forrest City Low                                   DEFENDANTS

## ORDER

The Court warned Wells that if he did not submit an updated application for leave to proceed *in forma pauperis* by 24 July 2014, the Court would dismiss his complaint without prejudice. № 4. Wells hasn't filed one, and the time to do so has passed. Wells's complaint is therefore dismissed without prejudice for failure to prosecute. Local Rule 5.5(c)(2).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

30 July 2014