IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**JULIUS TYRONE WELLS**                                                    **PLAINTIFF**

v.                                      No. 2:14-cv-75-DPM

BRENDA HOY, HSA, FCI - Forrest City Low;
KAREN COOK, RN, FCI - Forrest City Low;
MICHELLE WINGO, PA, FCI - Forrest City
Low; and WILLIAM RESTO, Doctor,
FCI - Forrest City Low                                                     **DEFENDANTS**

## JUDGMENT

Wells's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

30 July 2014